AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRIAN MERLE SPEARS,<br>   Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary, UNITED STATES DEPARTMENT OF AGRICULTURE; and ANDREW S. NATSIOS, Administrator, UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT,<br>   Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:06-CV-502-F** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the defendants' Motion to Dismiss or for Summary Judgment is ALLOWED, and this action is DISMISSED. The court ADOPTS the defendants' Memorandum as stating the rationale for this ruling.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 27, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

James Niels Jorgensen  
4030 Wake Forest Road, Suite 209  
Raleigh, NC 27609

Neal Fowler  
Steve R. Matheny  
310 New Bern Ave., Suite 800  
Raleigh, NC 27601-1461

March 27, 2009            DENNIS P. IAVARONE  
Date                 Clerk of Court

                     /s/ Susan K. Edwards

*Wilmington, North Carolina*        *(By) Deputy Clerk*